**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 67.86.53.252**

**ISP:** Optimum Online
**Physical Location:** Stamford, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/04/2018 21:51:47 | 3440A228C53666CC6AB85C62DE8BE3FA15E6B3D6 | Young 18 Year Old Couple in Hot Summer Sex |
| 07/30/2018 17:25:40 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 07/23/2018 22:50:30 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 07/01/2018 07:31:44 | 163567455FA1883BEBA76473B18FD6565141D13E | When You Least Expect It |
| 06/02/2018 22:43:27 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 05/23/2018 02:37:10 | 02E3A92FD9D8BD938AE8969376BA899BE7ADBE23 | Afternoon Rendezvous |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CT128