UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.86.53.252,<br><br>    Defendant. | Civil Action No. 3:18-cv-01510-CSH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 67.86.53.252. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 23, 2019

                   Respectfully submitted,

         By:  /s/ *Kevin T. Conway*
             Kevin T. Conway, Esq. (30364)
             80 Red Schoolhouse Road, Suite 110
             Spring Valley, NY. 10977
             T: 845-352-0206
             F: 845-352-0481
             E-mail: kconway@ktclaw.com
             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: /s/ *Kevin T. Conway*

**Counsel for Defendant:**
Robert Cashman, Esq.
Email: rzcashman@cashmanlawfirm.com